# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>                                Plaintiff,<br>-vs-<br>VICKY VILLALOBOS (1); and<br>SAUL A. GARANZUAY (3),<br>                              Defendants. | Case No.    4:24-CR-06018-MKD-1<br>                       4:24-CR-06018-MKD-3<br>CRIMINAL MINUTES<br>DATE:    FEBRUARY 6, 2025<br>LOCATION:    RICHLAND<br>HEARING RE: NOTICE OF POTENTIAL CONFLICT |

| Honorable Mary K. Dimke | | |
|---|---|---|
| Cora Vargas | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Rebecca Perez via video conference | Janelle Carman-Wagner for Defendant Villalobos (1)<br>Nicholas Marchi for Defendant Garanzuay (3) | |
| **Government Counsel** | **Defense Counsel** | |

[ X ]  Open Court            [  ]  Chambers            [  ]  Video Conference

Defendants present. Defendant Villalobos (1) appearing in custody of the US Marshal. Defendant Garanzuay (3) appearing out of custody.

Ms. Perez was excused from the Zoom Conference to allow the Court to hold an ex parte hearing with defendants and their counsel.

**Recess**:     2:31 p.m.
**Reconvene**:  2:56 p.m.

Following the ex parte hearing, the Court informed Ms. Perez and Mr. Marchi that a CJA attorney will be appointed to represent Defendant Villalobos. The Court requested that Ms. Perez immediately provide all discovery to new counsel once appointed.

[X]  ORDER FORTHCOMING

| CONVENED: | 2:30 P.M.<br>2:56 P.M. | ADJOURNED: | 2:31 P.M.<br>2:57 P.M. | TIME: | 0:02 HR. | CALENDARED | [ ] |