FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SAUL A. GARANZUAY (3),<br><br>                Defendant. | No. 4:24-CR-06018-MKD-3<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 212** |

    Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, ECF No. 212.  The Court has reviewed the motion and the record, and is fully informed.  For the reasons detailed below the Court grants the motion.

    On July 30, 2024, Magistrate Judge Alexander C. Ekstrom held a detention hearing in this matter.  ECF No. 86.  Magistrate Judge Ekstrom denied the United States' Motion for Detention and set conditions of release.  ECF No. 91.

    On April 30, 2025, Defendant filed a Motion to Modify Conditions of Release.  ECF No. 146.  On May 12, 2025, Magistrate Judge Ekstrom denied the motion with leave to renew holding, "If Defendant's trial is continued, Defendant

ORDER – 1

may renew this motion in October after he has been on supervision without any violations for one year, and the Court will consider removing home detention or GPS location monitoring entirely." ECF No. 151 at 2.

Defendant entered a plea of guilty before Magistrate Judge Ekstrom on February 3, 2026. ECF No. 204. After the completion of the plea, Defendant orally renewed his request to reopen his detention hearing regarding GPS monitoring. *Id.* Defense counsel subsequently filed the current motion.

Here, Defendant has been on pretrial release since August 2, 2024, over sixteen months, and has not committed any violations during this time. Given Defendant's compliance with his terms of release and his ongoing medical issues, which make wearing a GPS monitor difficult, the Court grants Defendant's motion to modify the condition regarding the GPS monitor.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 212**, is **GRANTED.**

2. **Special Condition No. 7** of Defendant's Pretrial Conditions of Release, **ECF No. 91**, is **STRICKEN**. Defendant shall report to the United States Probation/Pretrial Services Office for removal of his GPS monitor.

3. All other conditions of pretrial release shall remain in effect.

ORDER – 2

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** February 9, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 3